| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>:<br>UNITED STATES OF AMERICA,            :<br>:<br>:<br>-v-                                    :<br>:<br>:<br>JOSE DE JESUS MENDOZA,               :<br>:<br>Defendant.   :<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/29/2024<br><br>1:23-cr-552-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, EDWARD C. ROBINSON, Assistant United States Attorney, of counsel, and JOSE DE JESUS MENDOZA, by and through his attorney, ARIEL C. WERNER, it is hereby ORDERED that the status conference scheduled in this matter for March 5, 2024, is adjourned to April 4, 2024, at 10:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through April 4, 2024, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

SO ORDERED.

Dated: February 29, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge