Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director*
*and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMORANDUM ENDORSED**

March 14, 2024

**By ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2024

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Jose de Jesus Mendoza*, 23 Cr. 552 (GHW)**

Dear Judge Woods:

I write without objection from the Government or Pretrial Services to request a modification to the terms of Jose Mendoza's bond, permitting him to reside in the District of New Mexico rather than the Eastern District of California.

Mr. Mendoza was arrested on September 24, 2023. At his presentment on September 26, 2023, Magistrate Judge Wang released him on a $50,000 personal recognizance bond to be signed by two financially responsible people. The conditions of the bond included a restriction limiting his travel to the Southern and Eastern Districts of New York and the Eastern District of California. He was also permitted to visit the District of New Mexico as needed for court appearances. In addition, he was placed on a curfew with GPS monitoring. Dkt. 3.

Mr. Mendoza currently lives and works in the Eastern District of California. But he recently received a job offer with a trucking company in New Mexico offering a higher salary than he receives from his current employer. He has already secured a residence in New Mexico—in the home of a longtime friend, one of the cosigners on his bond—and approved it with Pretrial Services.

We therefore request that Mr. Mendoza's travel restriction be modified to remove the Eastern District of California as an approved travel location (absent Court approval) and replace it with permission to travel and reside

within the District of New Mexico. As noted above, Pretrial Services and the Government do not object to this request. Thank you for considering it.

Sincerely,

Ariel Werner
Assistant Federal Defender
(212) 417-8770

cc:   AUSA Edward Robinson

Application granted.  The conditions of Mr. Mendoza's pre-trial release are modified as follows:  (1)  the condition permitting Mr. Mendoza to travel to the EDCA is removed; Mr. Mendoza's travel is restricted to SDNY/EDNY and the District of New Mexico ("DNM") and (2) the restriction permitting the defendant to travel to the DNM strictly for court purposes only is removed.  Mr. Mendoza may reside in the DNM.  All other conditions of the defendant's bail remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

SO ORDERED.

GREGORY H. WOODS
United States District Judge

Dated:  March 19, 2024
New York, New York