UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                    -v-

    JOSE DE JESUS MENDOZA,

                           Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/2/2024

1:23-cr-552-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Upon the application of the parties, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, EDWARD C. ROBINSON, Assistant United States Attorney, of counsel, and JOSE DE JESUS MENDOZA, by and through his attorney, ARIEL C. WERNER, it is hereby ORDERED that the status conference scheduled in this matter for April 4, 2024, is adjourned to May 6, 2024, at 9:00 a.m.

    The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through May 6, 2024, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 26.

    SO ORDERED.

Dated: April 2, 2024
New York, New York

                                                                  GREGORY H. WOODS
                                                        United States District Judge