```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA                :  **TRANSPORTATION ORDER**

    - v -                                        :  23 Cr. 552 (GHW)

JOSE DE JESUS MENDOZA,                  :

               Defendant.   :

----------------------------------x

    Upon the application of **Jose De Jesus Mendoza**, by his attorney, **Ariel Werner, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

    **ORDERED** that the United States Marshals Service arrange for Jose De Jesus Mendoza to be transported to New York, New York from Fresno, California by noncustodial means for his court appearance scheduled for May 6, 2024 at 9:00 AM, and it is hereby

    **ORDERED** that it should be arranged for Mr. De Jesus Mendoza to arrive in New York by May 5, 2024; and it is further

    **ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

    The Clerk of Court is directed to the motion pending at DK 30.

Dated:  April 29, 2024                **SO ORDERED:**

                                                              _____
                                                     HONORABLE GREGORY H. WOODS
                                                     United States District Judge