**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara L. Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

# MEMORANDUM ENDORSED

June 5, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2024

**By ECF and Email**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jose de Jesus Mendoza*, 23 Cr. 552 (GHW)

Dear Judge Woods:

I write without objection from the Government or Pretrial Services to respectfully request that the Court modify Jose Mendoza's bail conditions by: (1) removing his curfew and location monitoring, and (2) expanding his travel permission such that he is allowed to travel within the states of California, New Mexico, and Texas for work purposes.

Mr. Mendoza was arrested on September 24, 2023. At his presentment two days later, Magistrate Judge Wang released him on a $50,000 personal recognizance bond to be signed by two financially responsible people. The conditions of the bond included a restriction limiting his travel to the Southern and Eastern Districts of New York and the Eastern District of California. He was also permitted to visit the District of New Mexico as needed for court appearances. In addition, he was placed on a curfew with GPS monitoring. Dkt. 3. On March 19, 2024, the Court granted Mr. Mendoza permission to relocate to New Mexico, but his housing there fell through, such that he has not yet relocated from his home in Modesto, California. Dkt. 25. Since his arrest in September 2023, Mr. Mendoza has abided by all the term and conditions of his release and has traveled to New York for court without issue. Dkt. 31.

Recently, Mr. Mendoza was hired to work for a welding, fabrication, and maintenance company that is based in California but accepts contracts throughout California, New Mexico, and West Texas. The job offers a competitive salary and a generous per diem during weeks when employees are stationed away from home on a project. But it is incompatible with Mr. Mendoza's curfew, which requires him to arrive home to a specific location by a specific time each night. Accordingly, Pretrial Services in the Eastern District of California recommended that he be taken off his

curfew, and the Government has no objection to that modification. Nor does Pretrial Services or the Government object to Mr. Mendoza being permitted to travel within California, and to New Mexico and Texas, for work purposes, so long as he documents his travel and shares proof that it is work-related with Pretrial Services.

  We therefore respectfully request that the Court: (1) strike Mr. Mendoza's curfew requirement and (2) expand his travel permission such that he is permitted to reside in the Eastern District of California but travel within California, New Mexico, and Texas for work purposes.  As noted above, Pretrial Services and the Government do not object to these requests. Thank you for considering them.

           Sincerely,

           Ariel Werner
           Assistant Federal Defender
           (212) 417-8770

cc: AUSA Edward Robinson

Application granted.  The conditions of the defendant's release are modified as follows:  Mr. Mendoza's curfew requirement is removed.  Mr. Mendoza may travel within California, New Mexico and Texas for work.  Mr. Mendoza must provide Pretrial Services advance written notice no less than two business days prior to traveling outside of the district of his residence for work and must provide Pretrial Services his itinerary for all such travel.  All other conditions of Mr. Mendoza's release remain in full effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 32.

SO ORDERED.
Dated:  June 10, 2024
New York, New York

           GREGORY H. WOODS
           United States District Judge