UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

UNITED STATES OF AMERICA,

          -v-

JOSE DE JESUS MENDOZA,

                  Defendant.

-------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/19/2024

1:23-cr-552-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, EDWARD C. ROBINSON, JR., Assistant United States Attorney, of counsel, and with the consent of JOSE DE JESUS MENDOZA, by and through his attorney, ARIEL WERNER, it is hereby ORDERED that the status conference in this case is continued from July 22, 2024 to September 13, 2024 at 11:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter.  Accordingly, it is further ORDERED that the time from the date of this order through September 13, 2024 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 36.

SO ORDERED.

Dated:  July 19, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge